IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

___ FILED          ___ ENTERED
___ LOGGED         ___ RECEIVED

FEB 2 2 2019

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

UNITED STATES OF AMERICA          *

vs.                               *     Case No.   TMD 16-po-604

Charles E. DrakeFord              *

                                  *

\*\*\*\*\*\*

### ORDER OF TEMPORARY DETENTION PENDING HEARING
### PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __02/25/19__ (date) at __2:00pm__ (time) before __Charles B. Day__, United States Magistrate Judge, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 Courtroom __2A__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

February 22, 2019
Date

_____
Charles B. Day
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention